UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CR-20553-GAYLES

**UNITED STATES OF AMERICA,**

vs.

**JERDON BEAL SMITH. JR.,**

      **Defendant.**

_____/

## FACTUAL PROFFER

The United States of America and defendant JERDON BEAL SMITH, JR. (hereinafter referred to as the "defendant") agree that had this case proceeded to trial, the United States would have proven, beyond a reasonable doubt, the following facts, among others, pertaining to a violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2), which occurred in the Southern District of Florida.

On or about February 11, 2019, the defendant had accessed with the intent to view an image of a naked preteen female spreading her legs and exposing her vagina on the Internet from his residence.

On or about May 14, 2019, law enforcement executed a search warrant at the defendant's residence, located in Miami-Dade County, Florida, and seized, among other things, a 360 GB Seagate Hard Drive with unique serial number 9QFB4ECN.

A forensic examination of the Seagate Hard Drive revealed approximately 70 image files depicting minors engaged in sexually explicit conduct as defined in Title 18, United States Code Section 2256(2) and two-hundred (200) image files depicting

child erotica. The forensic examination of the Seagate Hard Drive also revealed fifty (50) orphan image files depicting minors engaged in sexually explicit conduct as defined in Title 18, United States Code Section 2256(2).

In a post-*Miranda* interview, the defendant admitted utilizing his computer to access and view child pornography via the Internet. The Seagate Hard Drive contained parts manufactured outside the state of Florida.

The information contained in this proffer is not a complete recitation of the facts and circumstances of this case, but the parties agree it is sufficient to prove Counts 1 and 2 of the Indictment beyond a reasonable doubt.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 12/4/19    By: [signature] for
LINDSEY LAZOPOULOS FRIEDMAN
ASSISTANT UNITED STATES ATTORNEY

Date: 12-4-19    By: [signature]
ALBERTO QUIRANTES
ATTORNEY FOR DEFENDANT

Date: 12/4/19    By: [signature]
JERDON BEAL SMITH, JR.
DEFENDANT